IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PATRICK PITCHON, (TDCJ-CID #1181285) | § § § § | |
| Petitioner, | § § | |
| VS. | § § | CIVIL ACTION NO. H-10-2721 |
| RICK THALER, | § § § | |
| Respondent. | § | |

## MEMORANDUM ON DISMISSAL

The petitioner, Patrick Pitchon, filed a Motion for Voluntary Dismissal. (Docket Entry No. 19). He explains that he wishes to file an amended application for post-conviction relief in state court containing his unexhausted claims.

A petitioner may move for a voluntary dismissal under Fed. R. Civ. P. 41(a). The petitioner's Motion for Voluntary Dismissal, (Docket Entry No. 19), is granted. This case is dismissed, without prejudice. The petitioner's motions to proceed *in forma pauperis,* (Docket Entry Nos. 3 and 8), are granted. The petitioner's motions for a meeting with the FBI, (Docket Entry Nos. 12 and 18), and motion to withdraw supplement, (Docket Entry No. 20), are denied as moot.

The Clerk is directed to provide the petitioner with a copy of his original memorandum of law. (Docket Entry No. 2).

SIGNED on October 14, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

P:\CASES\prisoner-habeas\2010\10-2721.a02.wpd